ACCEPTED
05-15-00384-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/16/2015 9:08:13 AM
LISA MATZ
CLERK

No. 05-15-00384-CV

COURT OF APPEALS for the
FIFTH DISTRICT OF TEXAS
Dallas, Texas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/16/2015 9:08:13 AM
LISA MATZ
Clerk

Ford Motor Company,

*Appellant*,

v.

Casey Johnson, individually, as guardian of Maegen Johnson, NCM, as heir at law
to Tristen Johnson, deceased, and as heir at law to Madeleine Johnson, deceased;
Pearlette Johnson, individually and Sjon Johnson, individually,

*Appellees*.

Appeal from the 298th Judicial District Court of Dallas County, Texas
*Honorable Emily G. Tobolowsky, District Judge*

## NOTICE OF CHANGE OF ADDRESS FOR
## ADAM H. CHARNES

_____

Pursuant to Texas Rule of Appellate Procedure 9.1 and Fifth Court of

Appeals Rule 2, Adam H. Charnes, Counsel for Appellant Ford Motor Company,

submits this Notice of Change of Address to reflect his current address as follows:

**KILPATRICK TOWNSEND & STOCKTON LLP**
2001 Ross Avenue, Suite 4400
Dallas, Texas  75201
Telephone:  214-922-7106
Facsimile:  214-481-0517
Email: acharnes@kilpatricktownsend.com

Respectfully submitted,

/s/ Adam H. Charnes
Adam H. Charnes
State Bar No. 24090629
**KILPATRICK TOWNSEND & STOCKTON LLP**
2001 Ross Avenue, Suite 4400
Dallas, Texas  75201
Telephone:  214-922-7106
Facsimile:  214-481-0517
Email: acharnes@kilpatricktownsend.com

# CERTIFICATE OF SERVICE

I certify that on December 16, 2015, the foregoing was served on the

following counsel of record via electronic service:

Lee Brown
**THE BROWN LAW FIRM**
750 N. St. Paul Street, Suite 750
Dallas, Texas 75201
Telephone: (214) 624-3400
Facsimile: (214) 624-3401
Email: lbrown@leebrownlaw.com

Michael M. Guerra
Michael K. Burke
**LAW OFFICES OF MICHAEL M. GUERRA**
3900 N. 10th St., Suite 850
McAllen, Texas 78501
Telephone: (956) 682-5999
Facsimile: (888) 317-8802
Email:  mike@mmguerra.com; mburke@mmguerra.com

Cynthia Hollingsworth
State Bar No. 09789500
**HOLLINGSWORTH WALKER**
Campbell Centre II, Suite 100
Dallas, Texas 75206
Telephone: (214) 295-7774
Facsimile: (214) 295-0132
Email: chollingsworth@hwattorneys.com

/s/ Adam H. Charnes
Adam H. Charnes
State Bar No. 24090629
**KILPATRICK TOWNSEND & STOCKTON LLP**
2001 Ross Avenue, Suite 4400
Dallas, Texas  75201
Telephone:  214-922-7106
Facsimile:  214-481-0517
Email: acharnes@kilpatricktownsend.com
